IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SPENCER MAYHEW, individually and on behalf of all others similarly situated; and ROSALIE NOREN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CANDID COLOR SYSTEMS, INC., an Oklahoma corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-24-00814-JD |

## **ORDER**

Before the Court is the Motion to Dismiss filed by Defendant Candid Color Systems, Inc. ("Motion"). [Doc. No. 11]. The Motion challenges Plaintiff's original Complaint [Doc. No. 1].

In response to the Motion, Plaintiff timely filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). *See* [Doc. No. 25]. Plaintiff's amendment "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, the Motion is moot.

IT IS THEREFORE ORDERED that the Motion to Dismiss [Doc. No. 11] is DENIED as moot and without prejudice.

IT IS SO ORDERED this 11th day of October 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE